AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00346 |
| David Mitchell Bates (AKA: Mitch Bates) DOB: XXXXXXX | ) ) ) ) ) ) | Assigned To : Harvey, G. Michael<br>Assign. Date : 12/12/2023<br>Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/12/2023__                                   _____
                                                                           *Judge's signature*

City and state:  __Washington, D.C.__                  __G. Michael Harvey, U.S. Magistrate Judge__
                                                                           *Printed name and title*